**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**Case No. 20-60038-CIV-WILLIAMS**

MY. P.I.I., LLC,

      Plaintiff,

vs.

MARKEL AMERICAN INSURANCE COMPANY,

      Defendant.

_____/

## ORDER

**THIS MATTER** is before the Court on Magistrate Judge Alicia O. Valle's Report and Recommendation (DE 53) on Defendant's Motion for Summary Judgment (DE 27) and Plaintiff's Motion to Strike (DE 31).   In the Report, Magistrate Judge Valle recommended that Defendant's Motion be DENIED and Plaintiff's Motion be GRANTED IN PART. Defendant filed objections to the Report (DE 56).

The Court has carefully reviewed the Report, the objections, the record, and applicable law. Regarding the Motion to Strike (DE 31), Magistrate Judge Valle recommended granting the motion with regard to consideration of the testimony at issue for Summary Judgment purposes only. However, the Court notes that the witness and emails addressed in the Motion to Strike were not included in Defendant's Witness List or Exhibit List (DE 38) for trial. Therefore, it is **ORDERED AND ADJUDGED** as follows:

1. The Report (DE 53) is **AFFIRMED AND ADOPTED**.

2. Defendant's Motion for Summary Judgment (DE 27) is **DENIED**.

3. Plaintiff's Motion to Strike (DE 31) is **GRANTED**.

4.  Calendar Call is **RESET** for 11:00 AM on <u>November 30, 2021</u>. Trial is **RESET**

for <u>December 6, 2021</u>.

**DONE AND ORDERED** in Chambers in Miami, Florida, this <u>21st</u> day of

September, 2021.

KATHLEEN M. WILLIAMS
UNITED STATES DISTRICT JUDGE